IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALFREDO MONTES, SR., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CV226 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Stipulated Motion of the parties (Filing No. 28) for extension of progression deadlines.  Having been fully advised, the court finds the parties' stipulation should be granted.  The proposed deadlines are hereby amended as follows.

**IT IS SO ORDERED.**

| May 15, 2010 | Deadline for plaintiff to disclose expert witnesses |
|---|---|
| June 15, 2010 | Deadline for defendant to disclose expert witnesses |
| July 12, 2010 | Deadline for plaintiff to designate rebuttal experts |
| July 17, 2010 | Deadline to file motion for summary judgment |
| August 9, 2010 | Deadline to file *Daubert* motion |
| September 14, 2010 | Deadline to serve opposing counsel with witness list |
| October 8, 2010 | Deadline for plaintiff's counsel to serve on defendant's counsel an updated settlement proposal |

| **October 12, 2010** | Deadline to file motions to require designations of discovery testimony and discovery responses intended to be utilized at trial |
| --- | --- |
| **October 13, 2010** | Deadline to file discovery motions as to matters which are then ripe for decision<br><br>Discovery matters arising after October 13 may be the subject of motions until the deposition deadline of October 27, 2010. |
| **October 20, 2010** | Deadline for defendant's counsel to respond to plaintiff's counsel's updated settlement proposal |
| **October 27, 2010** | Deposition deadline<br><br>All written discovery, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before the <u>deposition deadline</u>. |
| **November 17, 2010** | Deadline for trial exhibits to be exchanged with opposing counsel |
| **December 1, 2010** | Deadline to file motions in limine (other than *Daubert*) |
| **December 17, 2010 at 11:00 a.m.** | FINAL PRETRIAL CONFERENCE<br>Magistrate Judge Thomas D. Thalken |
| **January 17, 2011** | TRIAL - Hon. Joseph F. Bataillon |

DATED this 9th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge