IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALFREDO MONTES, SR., | ) | CASE NO.: 8:09-CV-226 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the Defendant and Plaintiff having been fully advised, on the premises the Court finds that the defendant's motion should be granted. The proposed deadlines are hereby amended as follows:

1. Plaintiff's brief in opposition to defendant's motion for summary judgment is due Monday, November 1, 2010.

2. Defendant's brief in opposition to plaintiff's motion for summary judgment is due Monday, November 1, 2010.

3. Plaintiff's reply brief is due Friday, November 19, 2010.

4. Defendant's reply brief is due Friday, November 19, 2010.

DATED this 20th day of October, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge