IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | |
|---|---|
| ALFREDO MONTES, SR., ) | Case No.: 8:09-cv-00226 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the stipulated motion of the Plaintiff, and being fully advised on the premises, the Court finds that the Plaintiff's motion should be GRANTED. The proposed deadlines are hereby amended as follows:

1. Plaintiff's brief in opposition to Defendant's Motion in Limine (*Daubert*) is due on Monday, November 1, 2010.

2. Defendant's reply brief is due November 11, 2010.

DATED this 25th day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge