IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALFREDO MONTES, SR., ) | CASE NO.:  8:09-CV-226 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| ) | |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, A Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came to be heard upon the Stipulation of the parties hereto that the above-captioned action should be dismissed with prejudice to the filing of any future action, with each party to pay its own costs and with complete record waived.

The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

IT IS, THEREFORE, ORDERED that the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, with each party to pay their own costs and with complete record waived.

DATED THIS 7th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

504214